ACCEPTED
03-14-00774-CV
7491935
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 10:58:13 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00774-CV

_____

### IN THE THIRD COURT OF APPEALS
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 10:58:13 AM
JEFFREY D. KYLE
Clerk

_____

### TEXAS STATE BOARD OF VETERINARY MEDICAL EXAMINERS, and NICOLE ORIA, in her Official Capacity as Executive Director
*Appellants/Cross-Appellees*,

### v.

### ELLEN JEFFERSON, D.V.M.,
*Appellee/Cross-Appellant*.

_____

### On Appeal from the 127th Judicial District Court of Travis County, Texas
### Cause No. D-1-GN-14-000287
### The Honorable Gisela D. Triana presiding

_____

### APPELLANTS/CROSS-APPELLEES' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellants/Cross-Appellees, the Texas State Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director (the "Board"), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, respectfully request this Court to grant an extension of time to file their reply brief to November 6, 2015, and in support would show the Court as follows:

1.    The Court granted the parties to this appeal an extension of time for filing their reply briefs to October 22, 2015.

2.    The Board requests an extension of time to file its reply brief to November 6, 2015.

3.    The reason for the request is that the undersigned counsel for the Board had hearings and other unexpected matters arise during the first two weeks of October, 2015.

4.    This Motion is not interposed for the purpose of delay, but only for the purpose of allowing counsel to adequately prepare and file the Board's reply brief and fully address the issues in this appeal.

5.    This motion is unopposed.[1]

The Board therefore respectfully request an extension of time to and including November 6, 2015 in which to file and serve its reply brief in the captioned appeal.

Dated: October 22, 2015.

---

[1] Appellee/Cross Appellant Ellen Jefferson, D.V.M. has also requested an extension to November 6 to file her reply brief.  The Board does not oppose that request.

2

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General


JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Email: ted.ross@texasattorneygeneral.gov

*Attorneys for Appellants, Texas State Board of Veterinary Medical Examiners, and Nicole Oria, in her Official Capacity as Executive Director*

3

## CERTIFICATE OF CONFERENCE

I certify that counsel for Appellee/Cross-Appellant stated to me that they do not oppose this Motion.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document was served on the following on this the 22nd day of October 2015:

Ryan Clinton                                    *Via: **Electronic Service***
DAVIS, GERALD & CREMER, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
rdclinton@dgclaw.com


David F. Brown                                  *Via: **Electronic Service***
David P. Blanke
Zeke DeRose III
EWELL, BROWN & BLANKE, LLP
111 Congress Avenue, 28th Floor
Austin, Texas 78701
dbrown@ebblaw.com
dblanke@ebblaw.com
zderose@ebblaw.com

*Attorneys for Cross-Appellant,*
*Ellen Jefferson, D.V.M.*

Michael Siegel                            *Via: **Electronic Service***
Christopher Coppola
Assistant City Attorneys
City of Austin Law Department
P.O. Box 1546
Austin, Texas  78767-1546
Michael.siegel@austintexas.gov
Christopher.coppola@austintexas.gov

*Counsel for Amicus Curaie City of Austin*

Elizabeth Holtz                            *Via: email*
Associate Director, Law & Policy
Alley Cat Allies
7920 Norfolk Avenue, Suite 600
Bethesda, MD  20814
eholtz@alleycat.org

*Counsel for Amicus Curiae Alley Cat Allies*

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General